UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KENNETH LOVEDAY, ) | |
| ) | Case No. 1:15-CV-196 |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Judge Curtis L. Collier |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | Magistrate Judge Susan K. Lee |
| *Defendant*. ) | |

# JUDGMENT ORDER

For the reasons provided in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Doc. 19). Plaintiff's motion for judgment on the pleadings (Doc. 13) is **DENIED**, Defendant's motion for summary judgment (Doc. 16) is **GRANTED**, and the Commissioner's decision is **AFFIRMED**. Accordingly, this case is hereby **DISMISSED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
  CLERK OF COURT